Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

**FILED**
**CLERK, U.S. DISTRICT COURT**
IT IS SO ORDERED
September 8, 2016
**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____sr_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NISHIL PATEL and GURRAJ SINGH, And On Behalf Of Themselves and All Others Similarly Situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**REGENCY CAR RENTALS, LLC, HERTZ GLOBAL HOLDINGS, INC., and THE HERTZ CORPORATION,**<br><br>Defendants. | Case No. 2:16-cv-05967-JFW-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PARTIES WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss Defendants HERTZ GLOBAL HOLDINGS, INC. and THE HERTZ CORPORATION without prejudice. Defendants have neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

//

//

Stipulation to Dismiss- 1