**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NISHIL PATEL, GURRAJ SING,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**REGENCY CAR RENTALS, LLC**,<br><br>Defendant. | Case No. 2:16-cv-05967-JFW-SK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 13th day of July, 2017.

_____
The Honorable John F. Walter